```
                         United States Bankruptcy Court
                          Northern District of Ohio
```

In re:                                                    Case No. 15-52627-amk
Craig Wills, Sr                                           Chapter 7
        Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 0647-5     User: admin          Page 1 of 1          Date Rcvd: Feb 01, 2016
                         Form ID: 202         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2016.
db             +Craig Wills, Sr,    1872 Cramer Ave,    Akron, OH 44312-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2016                              Signature:   /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2016 at the address(es) listed below:
              Edward J. Boll, III    on behalf of Creditor   Wells Fargo Bank, N.A. nohbk@lsrlaw.com
              Harold A. Corzin    hcorzin@csu-law.com, ccorzin@aol.com;oh32@ecfcbis.com
              Warner Mendenhall    on behalf of Debtor Craig  Wills, Sr warnermendenhall@gmail.com
                                                                                            TOTAL: 3

Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308
**Case No. 15−52627−amk**

**In re:**
   Craig Wills, Sr
   1872 Cramer Ave
   Akron, OH 44312

**Social Security No.:**
   xxx−xx−9571

## NOTICE OF DOCUMENT TO BE FILED – CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

Pursuant to Federal Rules of Bankruptcy Procedure 1007(b)(7) and 1007(c), unless an approved provider of an instructional course concerning personal financial management has notified the court that the debtor has completed the course after filing the petition, the debtor(s) in the above captioned case must file a statement of completion of a course concerning personal financial management, prepared as prescribed by the appropriate Official Form, within 60 days of the first date set for the Meeting of Creditors.

Failure to submit such certification by this date may result in this case being closed without discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of a statement of completion of a course concerning personal financial management, the debtor(s) must pay the full filing fee due for filing such a motion.

**Dated:** February 1, 2016
Form ohnb202

For the Court
Kenneth J. Hirz, Clerk